JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

| Case No. | CV 16-1166 PA (GJSx) | Date | March 7, 2016 |
|---|---|---|---|
| Title | Raymund Navarro, et al. v. Medtronic, Inc. | | |

Present: The Honorable    PERCY ANDERSON, UNITED STATES DISTRICT JUDGE

| Stephen Montes Kerr | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     IN CHAMBERS – COURT ORDER

      On February 25, 2016, the Court issued an order provisionally remanding this action to the Los Angeles County Superior Court as a result of a procedural defect in the Notice of Removal. The Court stayed the order remanding the action to provide plaintiffs Raymund Navarro and Steven Ray (collectively "Plaintiffs") with an opportunity to object to the remand and waive the procedural defect. Specifically, Plaintiffs were directed to inform the Court in writing by March 3, 2016 if they objected to the remand. To date, despite the passage of the deadline set by the Court, Plaintiffs have not waived the procedural defect. Accordingly, for the reasons stated in the February 25, 2016 Order, this action is remanded to the Los Angeles County Superior Court, Case No. BC603415.

      IT IS SO ORDERED.